450 A.2d 1059

Commonwealth v. D'Amico, Appellant.

Submitted May 4, 1982.   A. Charles Peruto, Jr., for appellant;   Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.